# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00762-CV

**Walter Lee Hall, Jr., in all other necessary capacity, Appellant**

**v.**

**U.S. Bank National Association, as Trustee, on behalf of the Holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-08-009696, HONORABLE J. DAVID PHILLIPS JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Walter Lee Hall, Jr., who is representing himself pro se, filed his notice of appeal, motion for emergency relief, and motion for stay in December 2008. In January 2009, we overruled Hall's motion for emergency relief and motion for stay, as well as his requests for writs of mandamus, prohibition, and habeas corpus. In February 2009, we overruled Hall's motion to reconsider our January ruling. After communications related to whether Hall had yet requested the record, the clerk's record was filed on February 18. On February 26, Hall filed a "motion for summary disposition of the appeal." On March 25, appellee filed a motion to dismiss the appeal. On April 14, we sent Hall notice that his brief was overdue. Rather than filing a brief as requested, on May 13, Hall filed a response stating that he saw "little, if any point in briefing" when the motions for summary disposition and to dismiss were pending, asking us to extend his filing deadline to thirty days following our determination of those motions. On May 28, we sent Hall notice that we

had overruled both motions and that his overdue brief was due no later than June 29, warning him that a failure to timely file would result in the dismissal of his appeal. To date, Hall has not responded to our letter or filed a brief. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed: August 14, 2009